THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN FEAGINS, Appellant. [668 NYS2d 531] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Niagara County Court, Fricano, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Denman, P. J., Pine, Hayes, Balio and Boehm, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN W. STAUFFER, Appellant. [668 NYS2d 532] —Judgment unanimously affirmed. Memorandum: The contention of defendant that County Court abused its discretion in sentencing him as a persistent felony offender is without merit (*see,* Penal Law § 70.10; *People v Bowers*, 201 AD2d 830, 831, *lv denied* 83 NY2d 909). Further, in light of defendant's extensive history of alcohol related offenses and flagrant disregard for the consequences of driving in an intoxicated condition, we conclude that the sentence is neither unduly harsh nor severe (*see, People v Turner*, 234 AD2d 704, 707). (Appeal from Judgment of Ontario County Court, Harvey, J.—Felony Driving While Intoxicated.) Present—Denman, P. J., Pine, Hayes, Balio and Boehm, JJ.